UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 09020
    BARBARA MARIE BAILEY
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER


            Debtor
    SSN XXX-XX-2683
```

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/17/2007 and was confirmed 07/18/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was dismissed after confirmation 04/16/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 7287.35 | .00 | 657.00 |
| LOUIS WEINSTOCK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CHASE BANK USA NA | SECURED | 414.10 | .00 | 40.00 |
| CIRCUIT CITY | UNSECURED | NOT FILED | .00 | .00 |
| EMC MORTGAGE CORPORATION | CURRENT MORTG | 14389.59 | .00 | 14389.59 |
| EMC MORTGAGE CORPORATION | MORTGAGE ARRE | 17777.34 | .00 | .00 |
| PIERCE & ASSOC | NOTICE ONLY | NOT FILED | .00 | .00 |
| FORD MOTOR CREDIT | SECURED VEHIC | 19000.00 | 1333.90 | 2488.21 |
| US EMPLOYEES CU | SECURED VEHIC | 4610.77 | .00 | 562.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1190.53 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN EDUCATION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS TRAVEL | UNSECURED | 2754.53 | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 1768.02 | .00 | .00 |
| CHASE | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-REAL LLC | UNSECURED | 2045.92 | .00 | .00 |
| MICHEAL FINE & SARAH FAU | NOTICE ONLY | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 642.79 | .00 | .00 |
| ER SOLUTIONS | NOTICE ONLY | NOT FILED | .00 | .00 |
| BUREAU OF COLLECTION REC | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 490.00 | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | NOTICE ONLY | NOT FILED | .00 | .00 |
| JAGUAR CREDIT | UNSECURED | 4910.81 | .00 | .00 |
| PAYDAY LOAN SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 963.26 | .00 | .00 |
| PNC BANK | UNSECURED | NOT FILED | .00 | .00 |
| LARRY J MEYER | NOTICE ONLY | NOT FILED | .00 | .00 |
| LENDER SIR FINANCE CORP | UNSECURED | 794.00 | .00 | .00 |
| WELLS FARGO FINANCIAL IL | UNSECURED | 679.28 | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
              CASE NO. 07 B 09020 BARBARA MARIE BAILEY

```
CHASE BANK USA NA         NOTICE ONLY   NOT FILED           .00         .00
CHASE BANK USA NA         UNSECURED      1008.74            .00         .00
INTERNAL REVENUE SERVICE  UNSECURED       471.15            .00         .00
AES/PHEAA                 UNSECURED      6226.04            .00         .00
NCI CAPITAL INVESTMENTS   UNSECURED      1523.57            .00         .00
FORD MOTOR CREDIT         UNSECURED       955.06            .00         .00
NCO FINANCIAL SYSTEMS     NOTICE ONLY   NOT FILED           .00         .00
CHASE                     NOTICE ONLY   NOT FILED           .00         .00
NATIONAL SERVICE CENTER   NOTICE ONLY   NOT FILED           .00         .00
PETER FRANCIS GERACI      DEBTOR ATTY     500.00                     500.00
TOM VAUGHN                TRUSTEE                                    1,517.78
DEBTOR REFUND             REFUND                                      456.52

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               21,945.00

PRIORITY                                      .00
SECURED                                 18,136.80
    INTEREST                             1,333.90
UNSECURED                                     .00
ADMINISTRATIVE                             500.00
TRUSTEE COMPENSATION                     1,517.78
DEBTOR REFUND                              456.52
                      ---------------   ---------------
TOTALS                21,945.00          21,945.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 08/21/08          /s/ Tom Vaughn
                         _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE